IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 4:25-CR-265-O |
| DANIEL ROLANDO SANCHEZ ESTRADA (01) | |

## GOVERNMENT'S EXPERT-WITNESS DESIGNATION

The government expects to call the following expert witnesses:

(1) Sarah Hall, Forensic Scientist, Texas DPS Crime Laboratory, to testify about gun-shot residue (GSR) tests performed in the investigation. The GSR reports have been produced in government discovery.

(2) Andrew Lopez, DNA Analyst, Texas DPS Crime Laboratory, to testify about DNA analysis performed in the investigation. The DNA reports have been produced in government discovery.

(3) Phillip Stout, Forensic Scientist, Texas DPS Crime Laboratory, to testify about firearms and toolmark examination. The firearms and toolmark examination report has been produced in government discovery.

(4) Sarah Edwards, Forensic Scientist, Texas DPS Crime Laboratory, to testify about friction ridge examination (fingerprints). The friction ridge examination report has been produced in government discovery.

(5) Stephen Brenneman, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives, to testify about the definition of explosives and how the fireworks used in the attack on Prairieland were explosives within the meaning of the relevant statute. Agent Brenneman's report is in-line to be produced in an ensuing discovery production.

(6) Kyle Shideler, Director and Senior Analyst for Homeland Security and Counterterrorism at the Center for Security Policy, to testify about ANTIFA, its origins and beliefs, and how the attack on Prairieland bore hallmarks of an ANTIFA attack. Mr. Shideler's report is in-line to be produced in an ensuing discovery production.

The government anticipates receiving other expert reports in this case and it will produce them as they are complete.

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

*s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5213
E-mail: Frank.Gatto@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2025, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

                                        *s/ Frank L. Gatto*
                                        FRANK L. GATTO
                                        Assistant United States Attorney